# UNITED STATES DISTRICT COURT
## for the
### TEXAS SOUTHERN DISTRICT

United States Courts
Southern District of Texas
FILED
OCT 20 2023   EG
Nathan Ochsner, Clerk
Laredo Division

| | |
|---|---|
| ANASTACIO BARRERA, JR. | () |
| AND THE WAY | () |
| PLAINTIFF | () |
| VS | () CIVIL ACTION No. 5:23-CV-115 |
| PATRICIA A. BARRERA | () PETITION FOR CHANGE OF |
| DEFENDANT | () VENUE TO FEDERAL COURT |

**PETITION FOR A CHANGE OF VENUE for Cause Number 2022CVG001428D1 FROM The 49th District COURT of WEBB COUNTY, TEXAS TO THE UNITED STATES SOUTHERN DISTRICT COURT:PETITION OF AN INJUNTION OF CAUSE NUMBER 2022CVG001428D1 FOR BEEN DENIED HIS SEVEN AMENDMENT CONSTITUTIONAL RIGHT TO A TRIAL BY JURY IN A COMMON LAW COURT. Plaintiff Petitions for Mandamus to make the F.B.I. accept his Criminal Complaints Under Oath.**

NOW COMES "THE WAY" Church with E.I.N. # 74-2427535 a 501 (3) ( c ) a Religious Non-Profit Organization. That ANASTACIO R. BARRERA is a Baptized Member of this Church and is an Apostle of Jesus Christ and The Attorney-in-Fact for The Way Church in all Legal Matters.

THAT, ANASTACIO R, BARRERA took The Oath of Poverty on January 20, i987 as can be seen in Document #363341Volumn # 1216 page # 528 as Exhibit OP-1   and  Exhibit OP-2.

PLAINTIFF PETITIONS for a COMMON LAW JURY TRIAL OF MY PEERS; WE DEMAND AN ELECTED JUDGE; WE REFUSE TO HAVE ANY MAGISTRATE JUDGE in this CIVIL LAWSUIT. We Demand that we be Granted a Common Law Trial as practice in the English Common Law before Books Existed as is in the Evidence,  we have provided what is the Common Law System accepted by our Founding Fathers of The American Revolution. That the Jury Decide on The Controversy before them and on any Writ of Mandamus petition be granted only by the Jury, to make the Federal Bureau of Investigation to do their job of accepting our Criminal Complaints against those that violated  our Civil Liberties Right of Due Process of Law.  See Exhibit 1-C We demand a Speedy Trial, a Right Guaranteed by the ten Amendments to our Constitution.

PLAINTIFF'S SEVENTH AMENDMENT CONSTITUTIONAL RIGHT have been violated. Plaintiff have been denied their Constitutional Right to a Trial by a "COMMON LAW COURT and a COMMON LAW JURY TRIAL by twelve persons of our Peers."   What really is the English Common Law See Exhibits # CL – 1 "How did the English Common Law System Develop" In Paragraph Number 13 found on page 1 and page 2 with Yellow highlighter The English Common Law is Summarized as "grounded  or drawn from the Law of God, the Law of Reason, and the Law of Nature ; In 1628 Dudley Digges argued that 'the Laws of England are grounded on Reason, more ancient then Books.' Overton declared that reason was the foundation of all precedents.  See Page 3 that says that the Common Law Jury has the Power to

determine the Law as well as the Facts in Controversy. This means that the Jury has the power to decide if past Precedent is based on Reason in the case in Controversy.

In The 49th District Court of Webb County, Texas in Civil case Number 2022CVG001428D1 Plaintiff was denied a Common Law Jury trial Guaranteed by the Seventh Amendment before any Property can be taken. Judge Jose A. Lopez in Violation of his Oath of Office whereas Plaintiff instead of having a Common Law Trial, Judge Jose A. Lopez gave Plaintiff a Roman Civil Code Trial which is based on Code and Secrecy. Civil Code trials are based "If you know the secret Code you can open the door to proceed with your petitions and evidence." If you do not know the Code Word or Number, you will not be able to open the door to proceed in this Court trial. This Type of Court trials also opens the door for 'BRIBERY.' This Violates the Law of God and the Law of Reason which is Prima Facie Evidence that this is not a Civil Common Law Trial as Guaranteed by the 7th Amendment.

Common Law Trials are based on the Law of Reason. Common Law Court Trials are amazingly simple where every man can Argue his Controversy. This is the reason that in the United States every Person has his Power of Attorney which means that every man can come before a Court trial and Argue his Controversy in Person.

49th District Court of Webb County Judge Jose A. Lopez is Bias and Discriminatory and has provided Plaintiff with a very Unfair Trial. This Civil Lawsuit Number 2022CVG001428D1 is a Frivolous Litigation see Exhibit 1-A & 1-B; and lacks Jurisdiction in a Common Law Court Trial, see exhibit 2 -B.

Judge Jose A. Lopez has been Discriminatory, Plaintiff filed on July 31, 2023 "MOTION FOR SUMMARY JUDGEMENT ON THE MERITS." See Exhibit 3-M; Defendant PATRICIA A. BARRERA, filed on October 2, 2023, a Motion for Summary Judgement. Defendants Motion was granted in Eight days while Plaintiff Motion on "The Merits" took over Seventy Days. Judge Jose A. Lopez denied hearing Plaintiffs Argument why he should be Granted his Motion for Summary Judgement on "The Merits." Judge Jose A. Lopez, Argument for not hearing Plaintiff Arguments was that Plaintiff was ignorant of the secret Codes, this Roman Civil Code Trial and Defendant was unable to open the door to file his motions and petitions.

**ANASTACIO R. BARRERA United States Constitutional Rights have been Violated because his properties have been taken Under Color of Law without "DUE PROCESS of LAW" HE has been denied his Right to File a Criminal Complaint by Webb County Sherriff Office and the F.B.I. see Exhibit 1-C**

That The State of Texas has a De Facto Government. The State of Texas has Void the United States Constitution and The Rule of Law. Citizens are denied their Right to DUE PROCESS of LAW, their right to file a Criminal Complaint under Oath. The Uvalde Massacre is Proof that the Rule of Law does not Exist in Texas. Where Little Children and Teachers were denied medical attention for over Seventy Minutes and allowed to "BLEED TO DEATH." IN VIOLATION OF 14TH AMENDMENT RIGHT TO EQUAL PROTETION UNDER THE LAW. .

---

MOTION FOR AN INJUNTION, TO SQUASH 49TH DISTRICT COURT in WEBB, COUNTY, TEXAS CAUSE NUMBER 2022CVG001428D1 for SUMMARY JUDGEMENT.    PLAINTIFF'S EXPERIENCE A BIAS AND DISCRIMINATION, BY JUDGE JOSE A. LOPEZ, WHO VIOLATED PLAINTIFFS RIGHT TO "DUE PROCESS of LAW BEFORE PROPERTY CAN BE TAKEN.

NOW COMES, "THE WAY" Church a 501 (3) ( C ) a Religious Non-Profit Organization with EIN # 74-2427535, we are the Legal Owners with a Certified Quit Claim Deed Number 480368 Volume 68 Page 084 see Exhibit RP-3. This Violates the First Amendment Right of Separation of Church and State. The State has no Right to take Church Property with out "DUE PROCESS of LAW" AS Guaranteed Fifth and Fourteenth Amendment, The Church was also denied a Suit at Common Law, and a Common Law jury Trial of our Peers as Guaranteed by the Seventh Amendment to the United States Constitution the Supreme Law of the Land as declared on Article Six on the Second Paragraph. "THE WAY" Church has experience "RELIGIOUS PERSECUTION by WEBB COUNTY, TEXAS COURTS AND THE WEBB COUNTY SHERRIFF that has refused to honor our CRIMINAL COMPLAINTS UNDER OATH." In the Year 2017 our Ten Acre Monastery and all our Assets were taken by Sherriff Deputies without Notice and Without a Common Law Jury Trial.

The Actions of the 49th District Court of Webb County, Texas by Judge Jose A. Lopez is also Religious Persecution. The Lawsuit Cause Number 2022CVG001428D1 was filed against ANASTACIO BARRERA, JR. AND ANASTACIO BARRERA AKA THE WAY, THIS IS Prina Facie Evidence this is a FRIVOLOUS LAWSUIT see Exhibit 1-A & 1-B. PATRICIA A. BARRERA, did not even investigate who is the legal owner.

Correction of Quit-Claim Deed Number 480368 Volume 68 on Page 084 shows how ANASTACIO R. BARRERA donated this property to "THE WAY" Church with E.I.N. # 74-2427535 this was the property inherited in the life Division so PATRICIA A. BARRERA could sell the property located at 1901 San Bernardo Avenue. Exhibit RP-1 shows the Document written by the family Attorney so PATRICIA A. BARRERA could sell above mention property for $108,000 Dollars. The Legal Descriptions written by our Family Attorney were not correct, see Exhibit RP-1. The Persons most interested in dividing our inheritance in Life were PATRICIA A. BARRERA and MIRTH BARRERA, so they could get their hands on the $108,000. Dollars Plaintiff did not even get a penny of the $108,000 Dollars.

Plaintiff has been denied his Right in filing a CRIMINAL COMPLAINT OF FRAUD done by a Conspiracy by our Family Attorney and PATRICIA A. BARRERA, and MIRTH BARRERA. In any Common Law Court that acts on The Law of Reason, Plaintiff can show Prima Facie Evidence that this Contract is a Conspiracy to Commit Felony Fraud. Plaintiff have been denied his **"CONSTITUTIONAL RIGHTS"** to DUE PROCESS of LAW, because his properties have been taken without DUE PROCESS of LAW. The plaintiff has been denied a Civil Common Law trial before his properties can be taken.

<u>THE FOLLOWING ARE SOME PETITIONS FOR MANDAMUS TO THE F.B.I., FOR PLAINTIFF TO FILE CRIMINAL COMPLAINTS BECAUSE WEBB COUNTY SHERRIFF WILL NOT FILE OUR COMPLAINT:</u>

1. A Criminal complaint for 49th District Judge JOSE A. LOPEZ, for Perjury, ( lying under oath ) for violating his Oath of Office. For Violating the Rule of Law Title 18 Section 242 of The United States Criminal Code for violating The Constitutional Rights of Plaintiff.
2. The Webb County District Clerk for Violating the Rule of Law Title 18 Section 242 of The United States Criminal Code for violating the Constitutional Rights of Plaintiff for trying to make The

United States Judicial and Courts System a **"MONOPOLY THAT ONLY MEMBERS of the AMERICAN BAR ASSOCIATION, can get information and forms from The Webb County District Clerk Office.**

***That they as Public Servants are not allowed to give any information to CITIZENS because this is Legal Advice that only members of The American Bar Association can give.***

3. A Criminal Complaint against PATRICIA A. BARRERA, MIRTH BARRERA, and our Family Lawyer, for the Conspiracy to commit Felony Fraud by putting the incorrect Legal Description on Plaintiff Quit-Claim Deed, see Exhibit RP-1.
4. A Criminal Complaint against all that participated in the Conspiracy to commit Religious Persecution and take without Notice of any Lawsuit against "THE WAY" Church Monastery, Tract "F " of La Coma Subdivision and all our Assets Confiscated on May 1, 2017. And his denial of Plaintiffs Seventh Amendment Right to a Trial by Jury before any Property can be taken.
5. A Criminal Complaint against the Seven F.B.I. agents that refused to stop this Felony Crime in progress when on April 27, 2017, Plaintiff petition the F.B.I. agents to stop this Webb County Sherriff Sale because Plaintiff was never given Notice of any Lawsuit of a Tax Debt. This is Prima Facie Evidence of Denial of Due Process of Law and a Violation of Plaintiffs Constitutional Rights.
6. A Criminal Complaint against PATRICIA A. BARRERA, and Two Webb County Sherriff Deputies that one day came to my Family Homestead located on Tract " H "   of La Coma Subdivision and told Plaintiff ANASTACIO R. BARRERA and his wife BERTHA M. BARRERA, that they had to leave their Homestead because it had been sold. The two Webb County Sherriff Deputies told me and my wife that we had Two days to abandon the property. That if we did not abandon the property they would arrest us, so we were forced to abandon our **HOMESTEAD UNDER DURESS !**
7. A Criminal Complaint against CLEMENTINA G. DRYDEN  and  HELEN D. O'CONOR, as Independent Executrix of the Estate if Edward J. Dryden, For Conspiracy to commit Felony Fraud by Selling Tract "H" of La Coma Subdivision a Second time on July 24th of 1980 to CONSUELO P. BARRERA.   THIS TRACT "H" was bought for ANASTACIO R. BARRERA JR.  to be his Homestead because, like his father, he likes to have animals and live in the Ranch. This is the reason that the Estate of ANASTACIO R. BARRERA, this Tract "H" was not included in the Probate Proceedings. I would like to include in this Felony fraud Conspiracy PATRICIA A. BARRERA  and  MIRTH BARRERA, that they did tell my Mother CONSUELO P. BARRERA, to sign the purchase contract. (My Mother did not have the mentality to plan and proceed with this type of fraudulent Conspiracy or to commit this type of Felony Fraud ).  In my opinion this conspiracy to buy my homestead by making a new deed that was bought on July 24th 1980, so they could sell the property with this fraudulent sale with a *Deed of Trust, were my Two Sisters.*

.         WE PRAY THAT THIS PETITION FOR CHANGE OF VENUE BE GRANTED,  THAT PLAINTIFFS RIGHT TO AN COMMON LAW TRIAL BE GRANTED ACCORDING TO THE RULES OF THE ENGLISH COMMON LAW BEFORE BOOKS EXISTED.  TO GRANT PLAINTIFF FOR A CHANGE of VENUE TO THIS FEDERAL COURT BECAUSE HIS COMMON LAW and  U.S. CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED. PLAINTIFF CAN NOT GET A FAIR TRIAL IN THE STATE OF TEXAS, BECAUSE THE STATE OF TEXAS has a De Facto Government and has Void the U.S. Constitution and " THE RULE OF LAW. "

WE PRAY THAT PLAINTIFF PETITION FOR MANDAMUS BE GRANTED TO HAVE THEIR CONSTITUTIONAL RIGHT TO DUE PROCESS OF LAW  *THEIR RIGHT TO FILE A CRIMINAL COMPLAINT UNDER OATH, TO  ESTABLISH COMMON LAW JURISDICTION.  TO BE ABLE TO PROCEED IN A COMMON LAW JURY TRIAL OF TWELEVE PERSONS OF HIS PEERS.*

Signed on this 19 day of October 2023

*[signature]* R. Barrera + "The WAY"

ANASTACIO R. BARRERA: Attorney-in-Fact for Plaintiffs

"THE WAY" Church with EIN Number 74-2427535

ANASTACIO R. BARRERA, JR

2618 Green Street, Laredo, Texas: 78043    Telephone Text Number ( 956 ) 949-6834